UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

CATHY IRENE BOONE,   ) CV 12-4007-SH
          Plaintiff,   ) JUDGMENT
  v.   )
MICHAEL J. ASTRUE,   )
Commissioner of Social Security   )
Administration,   )
          Defendant.   )
_____)

    IT IS ADJUDGED IT IS ADJUDGED that the decision of the Commissioner reversed and remanded for further proceedings, pursuant to Sentence 4 of 42 U.SC. §405(g).

DATED: January 23, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE